# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENEVA YVONNE HENDERSON,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **NANCY A. BERRYHILL,** *Acting Commissioner of Social Security,* *Defendant.* | : : : | **No. 18-1910** |

## ORDER

**AND NOW**, this 25th day of July, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), the Commissioner's Response (Doc. No. 17), Petitioner's Reply (Doc. No. 18), the Report and Recommendation of Magistrate Judge Thomas J. Rueter (Doc. No. 19), the Commissioner's failure to object thereto, and the Administrative Record (Doc. No. 8), **IT IS ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13) is **GRANTED**;

3. The final decision of the Commissioner is **REVERSED**, to the extent that the matter is **REMANDED** to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Commissioner did not file any timely objection to the Report & Recommendation. In any event, the Court's independent review of the record and the parties' filings reveal that Magistrate Judge Rueter's reasoning and conclusion are correct, and the matter should be remanded.